UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
CENTURYLINK COMMUNICATIONS, LLC,
LEVEL 3 COMMUNICATIONS, LLC, and
LEVEL 3 TELECOM, LP,

**ORDER REGULATING PROCEEDINGS**

        Plaintiffs,

      v.

19 Civ. 6191 (AKH)

TRIUMPH CONSTRUCTION CORP.,

        Defendant.
------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      For the reasons discussed at the status conference held on this date, January 10, 2020, this matter shall proceed as follows:

1. Plaintiff shall take the deposition of Michael Cuzzi on January 21, 2020; the deposition of George Matthews on January 22, 2020; the deposition of Tom Miller on January 23, 2020; and the deposition of Gaspar Carvalhoso on January 24, 2020. Each of these depositions will begin at 10:00 a.m., and will be completed by 5:00 p.m. the same day.

2. Beginning on January 13, 2020, Defendant will have two weeks to notice any depositions it wishes to take.

3. The parties shall file any dispositive motions on or before March 13, 2020. Opposition thereto shall be filed by April 16, 2020, and any replies by April 23, 2020.

SO ORDERED.

Dated:     January 10, 2020
             New York, New York

                              ALVIN K. HELLERSTEIN
                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/2020

1