# KASOWITZ BENSON TORRES LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019

(212) 506-1700

FAX: (212) 506-1800

JENNIFER MCDOUGALL
DIRECT DIAL: (212) 506-3345
DIRECT FAX: (212) 500-3465
JMCDOUGALL@KASOWITZ.COM

ATLANTA
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY
WASHINGTON DC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/2020

March 12, 2020

So ordered.

/s/ Alvin K. Hellerstein
3-12-20

**VIA ECF & FAX**
Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *CenturyLink Telecommunications, LLC v. Triumph Construction Corp.*,
19 Civ. 6191 (AKH) (S.D.N.Y.)

Dear Judge Hellerstein:

The parties to the above-referenced action (the "Action") jointly submit this letter, and respectfully request that this Court briefly extend the schedule for any dispositive motions.

By way of background, the parties appeared at a status conference in this action on January 10, 2020, during which the Court set a schedule for depositions and dispositive motions. The parties have worked cooperatively to complete depositions, but need additional time to complete discovery due to witness and counsel availability.

Based on the foregoing, the parties have agreed to the following, and submit the same to this Court for approval:

- The parties shall have until April 17, 2020 to file any dispositive motions.
- Opposition thereto shall be filed by May 15, 2020.
- Any replies shall be filed by ~~April~~ May 29, 2020.

This is the first request to modify the briefing schedule for dispositive motions. We thank the Court for its time and consideration.

Respectfully submitted,

Jennifer McDougall

cc: Counsel of Record (via ECF)