UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                                :

CENTRUYLINK COMMUNICATIONS, LLC, et al.,   :   **ORDER**

                                  Plaintiffs,   :   19 Civ. 6191 (AKH)

        -against-

TRIUMPH CONSTRUCTION CORP.,

                                  Defendant.
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Plaintiff initiated this action on July 2, 2019. On January 10, 2020 I held a status conference and set a briefing schedule for the filing of any dispositive motions. On March 12, 2020 the parties requested, and I granted, an extension to the deadlines for filing and briefing any dispositive motions. *See* ECF Nos. 16–17. I approved a deadline of April 17, 2020 for the filing of any dispositive motions. No such motions were ever filed and the parties have made no filings since March 12, 2020.

        The parties, by joint letter submitted via ECF, shall advise the Court of the status of the case by April 20, 2022.

        SO ORDERED.

Dated:    April 13, 2022                            /s/ Alvin K. Hellerstein
            New York, New York               ALVIN K. HELLERSTEIN
                                                        United States District Judge